| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address<br><br>Benjamin R. Heston 297798<br>Heston & Heston<br>Attorneys at Law<br>19700 Fairchild Road, Suite 280<br>Irvine, CA 92612<br>949-222-1041 Fax: 949-222-1043<br>297798 CA<br>ben@hestonlaw.com<br><br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for: Debtor* | FOR COURT USE ONLY |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
| In re:<br><br>**Maximo Arturo Arriola**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO: **6:19-bk-18638-SY**<br><br>CHAPTER __13__<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>**(with supporting declarations)**<br><br>DATE: **October 23, 2019**<br>TIME: **9:30 AM**<br>COURTROOM: **302**<br>PLACE: **United States Bankruptcy Courthouse**<br>       **3420 Twelfth Street, Riverside, CA 92501** |

**Movant: <u>Maximo Arturo Arriola</u>**

1. NOTICE IS HEREBY GIVEN to <u>**Lakeview Loan Servicing LLC, c/o LoanCare LLC, CalHFA Mortgage Assistance Corp**</u> (Secured Creditor/Lessor), trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. **Hearing Location:**

   ☐ 255 East Temple Street, Los Angeles, CA 90012         ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367      ☐ 1415 State Street, Santa Barbara, CA 93101
   ☑ 3420 Twelfth Street, Riverside, CA 92501

3.  a. ☐ This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

    b. ☑ This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing. Any written response or evidence must be filed and served: ☑ at the hearing ☑ at least <u>0</u> days before the hearing.

    (1) ☑ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

    (2) ☐ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon the appropriate creditor(s) and trustee, if any.

    (3) ☐ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4.  You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5.  If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date:   **October 8, 2019**

**Heston & Heston**
Printed name of law firm (if applicable)

**Benjamin R. Heston 297798**
Printed name of individual Movant or attorney for Movant

**/s/Benjamin Heston**
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*              Page 2              **F 4001-1.IMPOSE.STAY.MOTION**

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant: <u>Maximo Arturo Arriola</u>**

1. **The Property or Debt at Issue:**
   a. [✓] Movant moves for an order imposing a stay with respect to the following property (Property):

   [ ] Vehicle *(describe year, manufacturer, type, and model)*:
   Vehicle Identification Number:
   Location of vehicle *(if known)*:

   [ ] Equipment *(describe manufacturer, type, and characteristics)*:
   Serial number(s):
   Location *(if known)*:

   [✓] Other Personal Property *(describe type, identifying information, and location)*:

   **All property in which Debtor has an interest.**

   [✓] Real Property
   Street Address: **4199 Ninth Street**
   Apt./Suite No.:
   City, State, Zip Code: **Riverside, CA 92501**
   Legal description or document recording number(include county of recording):

   **LEGAL DESCRIPTION:**

   **The land hereinafter referred to is situated in the City of Riverside, County of Riverside, State of CA, and is described as follows:**
   **That portion of Block 8, Range 11, in the City of Riverside, County of Riverside, State of California, as shown by map on file in Book 7, Page 17 of Maps, records of San Bernardino County, Califoria, described as follows:**
   **Commencing at the Southwesterly corner of said Block; thence Easterly along the Northerly line of Ninth Street, 80 feet; thence at right angles Northerly and parallel with the Easterly line of Locust Street, 55 feet; thence at right angles Westerly and parallel with the Northerly line of Ninth Street, 80 feet to the Easterly line of Locust Street; thence Southerly on the Easterly line of Locust Street, 55 feet to the point of beginning.**

   [ ] See attached continuation page

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) **(see below)** to secure the sum of approximately $**(see below)** now owed. (Secured Creditor/Lessor). Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. *(Attach additional sheets as necessary)*

   **Lakeview Loan Servicing, LLC ($346,290)**
   **LoanCare, LLC**
   **3637 Sentara Way**
   **Virginia Beach, VA 23452**

   **California Housing Finance Agency ($11,763, $12,528)**
   **500 Capitol Mall, Ste 1400 MS 350**
   **Sacramento CA 95814**

   b. [✓] Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditors/Lessors* as described in this motion; and/or

   c. [✓] Movant moves for an order **imposing a stay** *as to all creditors.*

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                      Page 3                               F 4001-1.IMPOSE.STAY.MOTION

d. ☐ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditor/Lessor*, and/or

e. ☐ Movant moves for an order **continuing the automatic stay** *as to all creditors*.

2. **Case History:**

   a. ☑ A voluntary    ☐ An involuntary petition concerning an individual[s] under chapter ☐ 7  ☐ 11  ☐ 12
      ☑ 13 was filed concerning the present case on *(specify date)*: **September 30, 2019**

   b. ☐ An Order of Conversion to Chapter ☐ 7  ☐ 11  ☐ 12  ☐ 13 was entered on *(specify date)*:

   c. ☐ Plan was confirmed on *(specify date)*:

   d. ☑ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

      1. Case name: **In re Maximo Arturo Arriola**
         Case number: **6:19-bk-11731-SY**          Chapter: **13**
         Date Filed: **March 4, 2019**              Date dismissed: **May 23, 2019**
         Relief from stay re this Property          ☐ was       ☑ was not granted
         Reason for dismissal:

         **According to the Debtor's best recollection and understanding of what transpired at the Confirmation Hearing, the case was dismissed by the Court in large part due to the Debtor's former attorney failing to provide Judge's copies of certain case documents.**

      2. Case name: **In re Maximo Arturo Arriola**
         Case number: **6:19-bk-15323-SY**          Chapter: **13**
         Date Filed: **June 18, 2019**              Date dismissed: **September 11, 2019**
         Relief from stay re this Property          ☐ was       ☑ was not granted
         Reason for dismissal:

         **Although the Debtor had provided his former attorney evidence in support of the Contribution Declaration, this evidence was not properly provided and filed which resulted in the Court dismissing the case.**

      ☐ See attached continuation page

   e. ☐ As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. §521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

   f. ☑ The first date set for the meeting of creditors under 11 U.S.C §341(a) is/was **November 6, 2019** and the court ☐ has ☐ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The extended date *(if applicable)* is ___.

   g. ☐ In a previous case(s), as of the date of dismissal there was:
      ☐ an action by the Secured Creditor/Lessor under 11 U.S.C. §362(d) still pending or
      ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

   a) 1. Property description/value: **4199 Ninth Street, Riverside, CA 92501**        $355,000
      2. Creditor/Lien amount: **Lakeview Loan Servicing LLC / LoanCare LLC**           $346,290
      3. Creditor/Lien amount: **California Housing Finance Agency**                    $11,763
      4. Creditor/Lien amount: **California Housing Finance Agency**                    $12,528
      5. Creditor/Lien amount: ___                                                      $___
      6. Total Liens                                                                    $370,581
      7. Debtor's Homestead Exemption                                                   $75,000

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 4                         F 4001-1.IMPOSE.STAY.MOTION

|   |   |   |
|---|---|---|
| 8. | Equity in the Property (subtract lines 6 and 7 from line 1 and enter here) | <u>$-90,581</u> |

b) 
1. Propery description/value:___     $___
2. Creditor/Lien amount:___     $___
3. Creditor/Lien amount:___     $___
4. Creditor/Lien amount:___     $___
5. Creditor/Lien amount:     $___
6. Total Liens     $___
7. Debtor's Homestead Exemption     $___
8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)     $___

☐ See attached continuation page

4. **Grounds for Continuing the Stay:**

   a. ☐ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

      1. ☐ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

         A. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

         B. ☐ Good faith is shown because ___

            ☐ See attached continuation page

      2. ☐ The Property is of consequential value or benefit to the estate because:

         A. ☐ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached *(describe separately as to each property)*;.

         B. ☐ The Property is necessary to a reorganization for the following reasons: ___

            ☐ See attached continuation page

         C. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection:) ___

            ☐ See attached continuation page

      3. ☐ The presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

         A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);

         B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;

         C. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because ___

            ☐ See attached continuation page

         D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because ___

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                 Page 5                                      **F 4001-1.IMPOSE.STAY.MOTION**

☐ See attached continuation page

E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

☐ See attached continuation page

F. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: __

From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

☐ See attached continuation page

G. ☐ For the following additional reasons __

☐ See attached continuation page

4. ☐ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome in this case because __

☐ See attached continuation page

5. **Grounds for Imposing a Stay:**

a. ☑ Pursuant to 11 U.S.C.§362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:

1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

2. ☑ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons:

**It is the Debtor's principal residence. In re Elmore, (BC CD CA 1988) 94 BR 670, 677..**

☐ See attached continuation page

3. ☑ The Secured Creditor/Lessor's interest can be adequately protected by *(describe Movant's proposal for adequate protection)*:

**Debtor will be making all post-petition mortgage payments and will maintain adequate insurance. 11 USC § 361(1); In re Ryals (BC ED TN 1980) 3 BR 522, 524; Matter of Rose (BC D NJ 1982) 21 BR 272, 277; Mitchell v. BankIllinois (SD TX 2004) 316 BR 891, 899-900.**

**Property has been increasing in value. Matter of Pleasant Valley, Inc. (BC D NV 1980) 6 BR 13, 17; See also In re Southerton Corp. (MD PA 1982) 46 BR 391, 399.**

**Debtor will be making payments to the Chapter 13 trustee to cure the arrears on the mortgage.**

☐ See attached continuation page

b. ☑ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

1. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

2. ☑ Good faith is shown because

**The Debtor's two prior bankruptcy cases were dismissed due to his former attorney's failure to comply with**

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 6                           **F 4001-1.IMPOSE.STAY.MOTION**

the Court's clearly stated rules and procedures. These failures were not at all attributable to the Debtor.

**Throughout the two previous cases, Debtor has complied with all of his duties necessary for successful completion of a Chapter 13 Plan including making his pre-confirmation plan payments and on-going mortgage payments.**

☐ See attached continuation page

c. ☑ The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows: ___

☐ See attached continuation page

2. ☑ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because ___

☐ See attached continuation page

4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because ___

☐ See attached continuation page

5. ☑ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:

**Although Debtor's previous cases were not dismissed due to feasibility concerns, Debtor has since gained employment which will allow him to be less reliant on contributions and more successfully navigate his Chapter 13 plan.**

(from which the Court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

☐ See attached continuation page

6. ☐ For the following additional reasons ___

☐ See attached continuation page

7. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(4)(D)(ii) is overcome in this case because ___

☐ See attached continuation page

6. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto).*

a. ☑ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.
b. ☐ Other Declaration(s) are also attached in support of this Motion
c. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 7                              F 4001-1.IMPOSE.STAY.MOTION

portions of the Schedules are attached as Exhibit ___.

d. ☐ Other evidence *(specify)*: ___

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following** *(specify forms of relief requested)*:

1. ☐ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

2. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☑ That a Stay be imposed as to all creditors until further order of the court..

5. ☑ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☑ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by *(specify proposed adequate protection)* ___

8. ☐ For other relief requested, see attached continuation page.

Date: **October 8, 2019**                                    Respectfully submitted,

_____
Movant Name
**Heston & Heston**
_____
Firm Name of attorney for Movant (if applicable)

**/s/Benjamin Heston**
_____
Signature
**Benjamin R. Heston 297798**
_____
Printed Name of Individual Movant or Attorney for Movant

## DECLARATION OF MOVANT

I ___, am the ___ of Movant. I have read the foregoing motion consisting of ___ pages, and the attached materials incorporated therein by reference. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded. I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                    **Benjamin R. Heston 297798**
_____     _____     _____
Date                    Printed name of declarant                               Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 8                            F 4001-1.IMPOSE.STAY.MOTION

HALLI B. HESTON, Bar No. 90737
RICHARD G. HESTON, Bar No. 90738
BENJAMIN R. HESTON, Bar No. 297798
HESTON & HESTON, Attorneys at Law
19700 Fairchild Road, Suite 280
Irvine, California 92612
(951) 290-2827
(949) 222-1043 Fax
ben@hestonlaw.com

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re;<br><br>MAXIMO ARTURO ARRIOLA,<br><br>Debtor. | Case No: **6:19-bk-18638-SY**<br><br>**Chapter 13**<br><br>**DECLARATION OF MAXIMO ARRIOLA IN SUPPORT OF MOTION FOR ORDER IN INDIVIDUAL CASE TO IMPOSE STAY AS THE COURT DEEMS APPROPRIATE**<br><br>Date:  October 23, 2019<br>Time: 9:30 AM<br>Crtm: Courtroom 302<br>          United States Bankruptcy Court<br>          Central District of California<br>          3420 Twelfth Street<br>          Riverside, California 92501 |

///

///

///

///

1

## DECLARATION OF MAXIMO ARRIOLA

I, Maximo Arriola, declare as follows:

1. I am the debtor in this Chapter 13 bankruptcy case. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. I have read the foregoing Motion to Impose a Stay and know the contents thereof. I believe that all of the allegations contained therein are true.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Dated: October 8, 2019



Maximo Arturo Arriola

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

19700 Fairchild Road, Suite 280
Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*__NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE (with supporting declarations)__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/8/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

__U.S. TRUSTEE__ - United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
__CHAPTER 13 TRUSTEE__ – ROD DANIELSON     notice-efile@rodan13.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/8/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

__JUDGE__
Hon. Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/8/2019 | Yanira Flores | /s/ Yanira Flores |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

**CONTINUED SERVICE LIST**

Lakeview Loan Servicing, LLC
c/o LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452

California Housing Finance Agency
500 Capitol Mall, Ste. 1400 MS 350
Sacramento, CA 95814

ZBS Law, LLP
c/o LoanCare, LLC
3637 Sentara Way
Virginia Beach, CA 23452

***CERTIFIED MAIL***

CSC – Lawyers Incorporating Services
Agent for Service of Process for
Lakeview Loan Servicing, LLC
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833
*#7012-2920-0001-1955-0765*

CT Corporation System
Agent for Service of Process for
LoanCare, LLC
818 Seventh Street, Ste. 930
Los Angeles, CA 90017
*#7012-2920-0001-1955-0802*

California Housing Finance Agency
500 Capitol Mall, Ste. 1400
Sacramento, CA 95814
*#7012-2920-0001-1955-0864*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

A0823917



| **Secretary of State** | **1505** |
|---|---|
| **Registered Corporate Agent for Service of Process Certificate** | |
| (Registered Corporations ONLY) | |



FILED
SECRETARY OF STATE
STATE OF CALIFORNIA

JAN 28 2019

**IMPORTANT** — Read Instructions before completing this form.

**Filing Fee –** $30.00

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**Who Can File?** Any **active** corporation that is registered with the California Secretary of State can file this Form 1505 to become authorized to be a corporate agent for service of process for other business entities that are registered with the Secretary of State. To check the status of your corporation, and to ensure you are entering the **exact** name of the corporation and the **correct** 7-digit Secretary of State file number, go to *BusinessSearch.sos.ca.gov*.

This Space For Office Use Only

**1. Corporate Name**   (Enter the exact name of the corporation as it is recorded with the California Secretary of State.)

Corporation Service Company Which Will Do Business in California as CSC - Lawyers Incorporating Service

**2. 7-Digit Secretary of State File Number**

C1592199

**3. Address for Service of Process**   (Enter the **complete** street address in California of the office where any entity that named your corporation as agent for service of process may be served with process.)
Do not enter a P.O. Box or "in care of" an individual or entity.

| Street Address - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2710 Gateway Oaks Drive, Suite 150N | Sacramento | CA | 95833 |

**4. Authorized Employees**   (Enter the names of all persons employed by your corporation who are authorized to accept delivery of any copy of service of process, at the address entered in item 3 above, on any entity who has designated your corporation as its agent for service of process. Must enter at least 1 person. If there are more than 3, see Instructions.)

| a. First Name of Authorized Employee | Middle Name | Last Name | Suffix |
|---|---|---|---|
| see attached schedule | | | |
| b. First Name of Authorized Employee | Middle Name | Last Name | Suffix |
| | | | |
| c. First Name of Authorized Employee | Middle Name | Last Name | Suffix |
| | | | |

**5. Statement of Consent**   (Do not alter the Statement of Consent.)

This corporation consents that delivery of a copy of service of process to an authorized employee at the address designated in item 3 shall constitute delivery of any such copy to the corporation, as the agent for service of process.

**6. Read and Sign Below**   (See Instructions. Office or title not required. Do not use a computer generated signature.)

I am a corporate officer and am authorized to sign on behalf of the corporation.

_____   Sierra Hinkle
Signature                          Type or Print Name

1505 (REV 05/2017)                                    2017 California Secretary of State
                                                      www.sos.ca.gov/business/be

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Monday, October 7, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201034210101    LAKEVIEW LOAN SERVICING, LLC

| | |
|---|---|
| **Registration Date:** | 12/03/2010 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE, (C1592199)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 4425 PONCE DE LEON BOULEVARD, 5TH FLOOR CORAL GABLES FL 33146 |
| **Entity Mailing Address:** | 4425 PONCE DE LEON BOULEVARD, 5TH FLOOR CORAL GABLES FL 33146 |
| **LLC Management** | * |

A Statement of Information is due EVERY EVEN-NUMBERED year beginning five months before and through the end of December.

| Document Type | File Date | PDF |
|---|---|---|
| SI-COMPLETE | 11/28/2018 | |
| SI-COMPLETE | 12/21/2016 | |
| REGISTRATION | 12/03/2010 | |

* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

**Secretary of State**
**Statement of Information**
(California Stock, Agricultural Cooperative and Foreign Corporations)

SI-550

19-636132

**FILED**
Secretary of State
State of California

AUG 27 2019

31/NF/CC/25R 8-29-19

This Space For Office Use Only

IMPORTANT — Read instructions before completing this form.

Fees (Filing plus Disclosure) – $25.00;

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

112

1. **Corporation Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

   C T CORPORATION SYSTEM

2. **7-Digit Secretary of State File Number**

   C0168406

3. **Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Executive Office - Do not list a P.O. Box<br>28 LIBERTY ST | NEW YORK | NY | 10005 |
| b. Mailing Address of Corporation, if different than Item 3a | | | |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box<br>818 SEVENTH STREET, STE 930 | LOS ANGELES | CA | 90017 |

4. **Officers** — The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| | First Name | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|---|
| a. Chief Executive Officer/<br>JOHN | | | WEBER | | | |
| Address<br>28 LIBERTY ST 42ND FL | | City (no abbreviations)<br>NEW YORK | | State<br>NY | Zip Code<br>10005 | |
| b. Secretary<br>ROBERT | | | INGATO | | | |
| Address<br>28 LIBERTY ST 26TH FL | | City (no abbreviations)<br>NEW YORK | | State<br>NY | Zip Code<br>10005 | |
| c. Chief Financial Officer/<br>SANDER | | | VAN DAM | | | |
| Address<br>28 LIBERTY ST 43RD FL | | City (no abbreviations)<br>NEW YORK | | State<br>NY | Zip Code<br>10005 | |

5. **Director(s)** — California Stock and Agricultural Cooperative Corporations ONLY: Item 5a: At least one name and address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| | | | | |
| Address | | City (no abbreviations) | State | Zip Code |

b. Number of Vacancies on the Board of Directors, if any

6. **Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | | State<br>CA | Zip Code |

CORPORATION – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b
NATIONAL REGISTERED AGENTS, INC. (C1941323)

7. **Type of Business**
Describe the type of business or services of the Corporation
SERVICES TO BUSINESSES

8. The information contained herein, including in any attachments, is true and correct.

| 08/27/2019 | ERIN M. SANDERS | ASST SECRETARY | *Erin Sanders* |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

**Alex Padilla**
**California Secretary of State**



# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Monday, October 7, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201333710001    LOANCARE, LLC

| | |
|---|---|
| **Registration Date:** | 12/02/2013 |
| **Jurisdiction:** | VIRGINIA |
| **Entity Type:** | FOREIGN |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **C T CORPORATION SYSTEM (C0168406)** To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 3637 SENTARA WAY<br>VIRGINIA BEACH VA 23452 |
| **Entity Mailing Address:** | 3637 SENTARA WAY<br>VIRGINIA BEACH VA 23452 |
| **LLC Management** | * |

A Statement of Information is due EVERY ODD-NUMBERED year beginning five months before and through the end of December.

| Document Type | File Date | PDF |
|---|---|---|
| SI-COMPLETE | 12/07/2017 | |
| SI-COMPLETE | 12/22/2015 | |
| REGISTRATION | 12/02/2013 | |

* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.


LinkedIn (https://www.linkedin.com/company/california-housing-finance-agency)     CalHFA Enews

Homebuyers interested in applying for financing should contact one of CalHFA's underline approved lenders (../../homebuyer/lenders.htm) or fill out a short questionnaire (/apps/LeadsContactForm) to have a CalHFA Representative contact you.

For Language Access Issues click here (PDF).

You may call our office between the hours of 8:00 a.m. and 5:00 p.m., Monday through Friday.

**Sacramento Headquarters**
500 Capitol Mall, Ste. 1400
Sacramento, CA 95814
877.9.CalHFA (877.922.5432)

**Los Angeles Office**
100 Corporate Pointe, Ste. 250
Culver City, CA 90230
310.342.5400

**Mailing Address**
500 Capitol Mall, Ste. 1400 (MS 400)
Sacramento, CA 95814

**Media Contact:**
All media calls should be directed to Kathy Phillips at 916.326.8605.

 (../../apps/ExecutiveMeetingRequest/Default.aspx)Meet with Tia, our Executive Director (../../apps/ExecutiveMeetingRequest/Default.aspx)

Department Listing

| Departments | Phone | | Fax & Email |
|---|---|---|---|
| **Administration** | p: 916.326.8000 | f: 916.322.1994 | |
| **Asset Management** Northern CA | p: 916.326.8625 | f: 916.326.6429 | |
| **Asset Management** Southern CA | p: 310.342.5400 | f: 310.342.1226 | |